UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

NOAH M. SANDERS,

    **Plaintiff,**

v.                                                                    Case No. 20-CV-925

SUPERVISOR TAMMY, *et al.*,

    **Defendants.**

# ORDER

Plaintiff Noah M. Sanders is representing himself. He filed a complaint along with a motion to proceed without prepaying the filing fee. (ECF Nos. 1, 2.) Because Sanders was incarcerated when he filed his complaint, the Prison Litigation Reform Act (PLRA) applies. Under the PLRA, a plaintiff may proceed without prepaying the full filing fee, but he must pay an initial partial filing fee when funds exist. 28 U.S.C. § 1915(a)(2).

On July 17, 2020, the court ordered Sanders to forward to the clerk's office an initial partial filing fee of $10.66 by August 10, 2020. (ECF No. 7.) According to court records, Sanders has not paid the fee.

The court understands that Sanders has been in segregation (*see* ECF No. 8) and that the COVID-19 pandemic has interfered with the day-to-day operations of Sanders's institution. Even so, Sanders still must keep the court informed about his ability to pay the initial partial filing fee. The court will give Sanders another chance

to pay the fee. However, if he does not do so by the new deadline or explain why he is unable to do so, the court will conclude that he no longer wishes to pursue this case and dismiss it based on Sanders's failure to pay the filing fee.

**IT IS ORDERED** that, on or before **November 16, 2020**, Sanders must either pay the initial partial filing fee of $10.66 or provide the court with information about why he is unable to do so. If Sanders fails to do either by that date, the court will dismiss this case without prejudice and without further notice to him. If the court dismisses the case, Sanders may refile his complaint at a later date, subject to the relevant statute of limitations.

Dated at Milwaukee, Wisconsin this 27th day of October, 2020.

WILLIAM E. DUFFIN
U.S. Magistrate Judge