# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**NOAH M. SANDERS**,

    Plaintiff,

    v.                                                                 Case No. 20-CV-925

**TAMRA WOLLIN,** *et al.***,**

    Defendants.

## ORDER

On September 28, 2021, the court issued an order instructing *pro se* plaintiff Noah M. Sanders to use the discovery process to identify the John Doe Defendant. (ECF No. 17.) The court gave Sanders until December 28, 2021, to file a motion identifying the real name of the Doe defendant and cautioned him that failure to do so by that deadline would result in the dismissal of the Doe defendant.

The court notes that its September 28 order was returned as undeliverable. (ECF No. 18.) According to the Wisconsin Department of Corrections inmate locator site, https://appsdoc.wi.gov/lop/detail.do, Sanders is on community supervision and did not report a forwarding address. In the April 15, 2021, order screening the amended complaint, Sanders was informed that it was his responsibility to promptly notify the court if he is released from custody, and that the failure to keep the court

advised of his whereabouts may negatively impact his case, including dismissal of the suit. (ECF No. 12 at 10.)

The December 28, 2021, deadline to identify the Doe defendant has passed, and Sanders did not file a motion to identify the Doe defendant or seek an extension. Accordingly, the John Doe defendant is dismissed.

**IT IS THEREFORE ORDERED** that the John Doe defendant is **DISMISSED**.

Dated in Milwaukee, Wisconsin this 14th day of February, 2022.

BY THE COURT

*William E. Duffin*

WILLIAM E. DUFFIN
United States Magistrate Judge